U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

August 14, 2013

Mr. Michael Lieberman
Federal Defender Services of Wisconsin, Inc.
222 West Washington Avenue, Suite 680
Madison, WI 53703

    Re:    *United States v. Michael Eales*
            Case No. 13-cr-00087-wmc

Dear Mr. Lieberman:

    I enclose supplemental discovery bates labeled 30-31.

                            Very truly yours,

                            JOHN W. VAUDREUIL
                            United States Attorney

                            By:      /s/


                            MEREDITH P. DUCHEMIN
                            Assistant United States Attorney

MPD:llb
Enclosures